AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| CARLOS RUIZ, <br> _____ <br> *Plaintiff* | ) <br> ) <br> ) |
| v. | ) |
| BIGOLD ENTERPRISES LLC, <br> _____ <br> *Defendant* | ) <br> ) <br> ) |

Civil Action No. 1:25-cv-00838

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Hanski, Esq.
Hanski Partners LLC
85 Delancey Street
New York, NY  10002
rgh@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/29/2025                            /s/ P. Canales
                                          *Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

The following are the names and service addresses of the defendants for the Proposed Summons.


BIGOLD ENTERPRISES LLC
BUSINESS FILINGS INCORPORATED
187 WOLF ROAD, SUITE 101
ALBANY, NY, UNITED STATES, 12205