UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ,

                Plaintiff,

-v-

BIGOLD ENTERPRISES, LLC,

                Defendant.

CIVIL ACTION NO. 25 Civ. 838 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 15). Accordingly, an **in-person conference** to schedule a settlement conference is scheduled for **Wednesday, July 2, 2025, at 3:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:    New York, New York
            June 23, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge