# CYRULI SHANKS

### CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

December 19, 2025

VIA ECF and email Failla_NYSDChambers@ nysd.uscourts.gov

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 618
New York, NY 10007



Re:     Ruiz v. BigOld Enterprises, LLC
        Civil Action No.: 1:25-cv-00838 (KPF)(SLC)

Dear Honorable Judge Failla:

      This firm represents defendant, Bigold Enterprises, LLC ("Defendant"), in this action.  I write this letter in accordance with the Order of the Court dated November 21, 2025 [ECF 25], to advise the Court if Defendant intends to answer the Amended Complaint or move to dismiss. And, if moving to dismiss, to submit a proposed briefing schedule. Defendant intends to move to dismiss the Amended Complaint. The below is proposed after consultation and agreement with counsel for Plaintiff.

      Defendant respectfully requests that the motion be filed by January 16, 2026, Plaintiff shall respond to the motion by February 16, 2026 and reply to be filed by March 2, 2026.

      I thank the Court for its consideration in this regard.

Respectfully yours,

*Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc: Plaintiff's counsel via ECF and email

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350

Application GRANTED.  The Court adopts the parties' proposed briefing schedule for Defendant's motion to dismiss:

- Defendant shall file its opening brief on or before **January 16, 2026.**
- Plaintiff shall file his opposition brief on or before **February 16, 2026.**
- Defendant shall file its reply brief on or before **March 2, 2026.**

In light of Plaintiff's amended complaint and the new motion practice soon to commence, the Court will TERMINATE Defendant's prior motion as moot.  The Clerk of Court is directed to terminate the pending motions at docket entries 22 and 23.

Dated:    December 19, 2025          SO ORDERED.
          New York, New York


          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE