# CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

February 6, 2026

VIA ECF and email Failla_NYSDChambers@nysd.uscourts.gov

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 618
New York, NY 10007

Re:   Ruiz v. BigOld Enterprises, LLC
      Civil Action No.: 1:25-cv-00838 (KPF)(SLC)

Dear Honorable Judge Failla:

This firm represents defendant, Bigold Enterprises, LLC ("Defendant") in this action. On January 16, 2026 this Court granted Defendant's letter request to extend its time to February 6, 2026 to move to dismiss the Amended Complaint [ECF Doc. 36] in order to facilitate a settlement of this matter. I am pleased to report that all parties, including the recently added owner of the property at issue, RSS WFRBS2013-C14 NY 8BA, have reached a global settlement in principle and are now reviewing draft settlement documents.

As such, all parties respectfully request that all responses to the Complaint be extended *sine die* with a future date to report back to the Court with the status of the settlement if a consent stipulation of dismissal has not yet been submitted by the parties.

We thank the Court for its consideration in this regard.

Respectfully yours,

*Jeffrey C. Ruderman*
Jeffrey C. Ruderman

cc: All counsel via ECF and email

ATTORNEYS AT LAW
420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350